UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| ANTONIO L. DOYLE, ) | |
| ) | 3:13-cv-00540-LRH-WGC |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| FAIRFAX COUNTY SCHOOL BOARD, ) | |
| VAEDRA ROSEMAN JONES and ) | |
| DAMIEN C. JONES, ) | |
| ) | |
| Defendants. ) | |

Before the court is Plaintiff's Notice of Appeal of Magistrate Judge's Order of Denial [#29] (#40[1]) and Plaintiff's [Amended] Notice of Appeal (of Magistrate Judge's Order) (#41), which the court will treat as a motion to reconsider Magistrate's Order #29.

Also before the court is Plaintiff's Notice to the Court (#43) in which Plaintiff requests an extension of time by which to file his objections to the Magistrate Judge's Order #29, given a delay in receipt of the order and various problems with the law library at High Desert State Prison.

The Court has conducted its review in this case, has fully considered the Plaintiff's motion, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#29) will, therefore, be sustained and Plaintiff's motion (#40/41) will be denied.

---

[1]Refers to this court's docket number.

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Order (#29) is SUSTAINED.

2    IT IS FURTHER ORDERED that Plaintiff's motion for reconsideration (#40/41) is

3 DENIED.

4    IT IS FURTHER ORDERED that Plaintiff's request for an extension of time in which to

5 file his objections to the Magistrate Judge's order is GRANTED *nunc pro tunc*.

6    IT IS SO ORDERED.

7    DATED this 21st day of March, 2014.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE